IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD CRAVEN | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:06CV545-HSO-JMR |
| | § | |
| CASHMAN EQUIPMENT | § | |
| CORPORATION | § | DEFENDANT |
| | § | |
| CASHMAN EQUIPMENT | § | |
| CORPORATION | § | CROSS-CLAIMANT |
| | § | |
| v. | § | |
| | § | |
| OFFSHORE SPECIALTY | § | |
| FABRICATORS, INC. | § | CROSS-DEFENDANT |
| | § | |
| OFFSHORE SPECIALTY | § | |
| FABRICATORS, INC. | § | CROSS-CLAIMANT |
| | § | |
| v. | § | |
| | § | |
| CASHMAN EQUIPMENT | § | |
| CORPORATION | § | CROSS-DEFENDANT |

**FINAL JUDGMENT**

THIS CAUSE came before the Court on June 17 through 18, 2008, for trial without a jury. Pursuant to the Findings of Fact and Conclusions of Law entered in this cause on this date, which are incorporated herein by reference, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Plaintiff Richard Craven on his claims against Defendant Cashman Equipment Corporation in the amount of $710,906.90, plus post-judgment interest from this

date forward as prescribed by 28 U.S.C. §1961.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Offshore Specialty Fabricators, Inc., on its Cross-claim against Defendant Cashman Equipment Corporation in the amount of $82,375.33, plus post-judgment interest from this date forward as prescribed by 28 U.S.C. §1961.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Offshore Specialty Fabricators, Inc., on Defendant Cashman Equipment Corporation's Cross-claim against it, and Defendant Cashman Equipment Corporation's Cross-claim is hereby **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff Richard Craven's claims against Defendant "P&I Club," the Steamship Mutual Underwriting Association (Bermuda) Limited, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that any remaining pending motions are hereby **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 28th day of August, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE